## 48180. BROWN v. HARWELL.

HALL, Presiding Judge. Plaintiff in a contract action appeals from the grant of summary judgment for the defendant. Giving plaintiff the benefit of all favorable inferences from the record, we find that there are genuine issues of material fact concerning the existence of a contract between these parties, and therefore the grant of summary judgment was error. Code Ann. § 81A-156.
*Judgment reversed. Evans and Clark, JJ., concur.*
SUBMITTED MAY 8, 1973 — DECIDED JUNE 27, 1973.

*Oze R. Horton,* for appellant.
*Robert B. McCord,* for appellee.